IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| WILLIAM RODRÍGUEZ BURGOS,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL PARKING SERVICES LLC,<br><br>Defendant. | CIVIL NO. 17-1670(JAG) |

## JUDGMENT

Pursuant to the parties' Joint Motion for Voluntary Dismissal, Docket No. 30, and the Court's Order, Docket No. 31, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case, without the imposition of costs or attorneys' fees. The Court shall retain jurisdiction to enforce the terms of the settlement agreement. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Tuesday, June 26, 2018.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE